IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

SAMI MOHAMMED AHMED,              :

    Petitioner,                   :

v.                                :
                                                     CIVIL ACTION 06-0588-BH-M
ALBERTO GONZALES,                 :
MICHAEL CHERTOFF,
WARDEN DAVID O. STREIFF,           :

    Respondents.                  :

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed[1], the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action be DISMISSED as MOOT.

**DONE** this 7th day of February, 2007.

                                                      s/ W. B. Hand
                                               SENIOR DISTRICT JUDGE

---

[1] Although petitioner's mail which contained the Report and Recommendation here at issue was returned as undeliverable, petitioner is still deemed to have failed to object inasmuch as he has failed to fulfill his obligation to keep the Court informed of his proper address.